IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION DOUGLAS MEMMOTT, | No. 2:23-CV-2383-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF SOCIAL SERVICES, LINCOLN COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The Court filed Findings and Recommendations on March 25, 2025, ECF No. 10, recommending that this matter be dismissed for Plaintiff's failure to file a notice of submission of service documents to the United States Marshal. A further review of the docket reflects that Plaintiff has complied and filed a notice of submission of the required documents for service by the United States Marshal. See ECF No. 9 (erroneously docketed as a request for service). The findings and

/ / /

/ / /

/ / /

/ / /

/ / /

1

recommendations issued on March 25, 2025, are, therefore, vacated has having been issued in error.  The Clerk of the Court is directed to terminate ECF No. 9 as a pending motion.

      IT IS SO ORDERED.

Dated:  March 26, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE