1
2
3
4
5
6
7
8
9
10
11
12
13

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

14
15
16
17
18
19
20
21
22

| | |
|---|---|
| ORION DOUGLAS MEMMOTT,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEPARTMENT OF SOCIAL SERVICES,<br>LINCOLN COUNTY, et al.<br><br>        Defendants. | Case No. 2:23-cv-02383-DAD-DMC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Hon. Dale A. Drozd/Dennis M. Cota<br>Courtroom 4, 15th Floor |

23
24
25
26
27
28

**ORDER**

The Court, having read and considered Defendants Department of Social Services of Lincoln County, North Carolina; Lincoln County, North Carolina; Chrystal Hoyle; Sherry Hoyle; Jill Eaddy; Daphne Ingram;  Cathy Davis; Matthew Hillman; Kelley Miles; Jessica Fielding Yelverton; Kelly Pendleton; Mendie Kelly; Allison Black; Sandy Houser; Lauren Whitesides; April Gullate; Brittany Deal; Jason Hughes; Ashley Wesson; and Brenda Kelly-Kerby's (collectively the "Lincoln County Defendants") Motion for Extension of Time to Respond to First Amended Complaint, and finding good cause therefor, hereby rules as follows:

The Motion is **GRANTED** and the Lincoln County Defendants have to and including May 9, 2025 within which to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

**Dated:  April 4, 2025**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE