

# United States District Court
## Eastern District of California

| ORION DOUGLAS MEMMOTT | Case Number: 2:23-cv-02383-DAD-DMC |

**Plaintiff(s)**

V.

| DEPARTMENT OF SOCIAL SERVICES OF LINCOLN COUNTY | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

**Defendant(s)**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sean Perrin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
   See Attached

On <u>August 18, 1995</u>, I was admitted to practice and presently in good standing in the <u>Supreme Court of North Carolina</u>. A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: April 1, 2025   Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sean F. Perrin |
| Law Firm Name: | Womble Bond Dickinson (US) LLP |
| Address: | 301 S. College Street, Suite 3500 |
| City: | Charlotte,   State: NC   Zip: 28202 6050 |
| Phone Number w/Area Code: | 704-331-4992 |
| City and State of Residence: | Charlotte, North Carolina |
| Primary E-mail Address: | Sean.Perrin@wbd-us.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Genevieve Walser-Jolly |
| Law Firm Name: | Womble Bond Dickinson (US) LLP |
| Address: | 400 Spectrum Center Drive Suite 1700 |
| City: | Irvine   State: CA   Zip: 92618 |
| Phone Number w/Area Code: | 657-266-1069   Bar # 262784 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: Apr 4 2025

JUDGE, U.S. DISTRICT COURT
Magistrate Judge

## Attachment

Defendants:   Department of Social Services of Lincoln County, North Carolina,

Lincoln County, North Carolina,

Chrystal Hoyle,

Sherry Hoyle,

Jill Eaddy,

Daphne Ingram,

Cathy Davis,

Matthew Hillman,

Kelley Miles,

Jessica Fielding Yelverton,

Kelly Pendleton,

Mendie Kelly,

Allison Black,

Sandy Houser,

Lauren Whitesides,

April Gullate,

Brittany Deal,

Jason Hughes,

Ashley Wesson,

Brenda Kelly-Kerby