IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION DOUGLAS MEMMOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF SOCIAL SERVICES, LINCOLN COUNTY, et al.,<br><br>　　　　Defendants. | No. 2:23-CV-2383-DAD-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant's motion to dismiss, ECF No. 26. No opposition to the pending motion has been filed within the time require by Eastern District of California Local Rule 230(c). Therefore, pursuant to Local Rule 230(g), the hearing scheduled for July 9, 2025, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

　　　　IT IS SO ORDERED.

Dated: June 18, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1