**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORION DOUGLAS MEMMOTT, | No. 2:23-CV-2383-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF SOCIAL SERVICES, LINCOLN COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendants' motion to dismiss, ECF No. 26. Finding no opposition was filed, the Court vacated the motion to dismiss hearing and the matter was submitted without oral argument on June 20, 2025. See ECF No. 29. On June 23, 2025, Plaintiff filed an opposition to Defendants' motion to dismiss. See ECF No. 30. On June 26, 2025, Plaintiff filed a motion for extension of time, requesting that the Court accept ECF No. 30 as opposition to Defendants' motion and offering to participate in a hearing on the matter. See ECF No. 31.

///
///
///
///

Case 2:23-cv-02383-DAD-DMC    Document 32    Filed 07/02/25    Page 2 of 2

Good cause appearing therefor, Plaintiff's motion will be granted, and the Court will deem ECF No. 30 accepted as timely. Defendants are directed to reply to Plaintiff's opposition within ten days of this order. The motion to dismiss will remain submitted on the papers unless the Court determines such a hearing will be necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, ECF No. 30, is GRANTED.

2. The Clerk of the Court is directed to terminate ECF No. 30 as a pending motion.

3. Defendants are directed to reply to Plaintiff's opposition within ten days of this order.

Dated:  July 2, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2