**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORION DOUGLAS MEMMOTT, | No.  2:23-CV-2383-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF SOCIAL SERVICES, LINCOLN COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  On August 20, 2025, the undersigned issued findings and recommendations recommending the motion to dismiss be granted and the first amended complaint be dismissed with leave to amend. See ECF No. 34. Prior to the District Judge adopting those findings and recommendations, Plaintiff filed a second amended complaint. See ECF No. 38. The District Judge has not adopted the August 20, 2025 findings and recommendations in full and provided Plaintiff with leave to file an amended complaint within 21 days of the order. See ECF No. 39.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, the undersigned directs Plaintiff to file a second amended complaint or inform the Court they stand on the previously filed second amended complaint, on or before April 16, 2026. Remaining dates and deadlines shall be in accordance with the Federal Rule of Civil Procedure 12.

SO ORDERED.

Dated:  March 26, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2