**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORION DOUGLAS MEMMOTT, | No.  2:23-CV-2383-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DEPARTMENT OF SOCIAL SERVICES, LINCOLN COUNTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to Eastern District of California Local Rule 230(g), the hearing on Plaintiff's motion for sanctions scheduled for July 15, 2026, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated:  July 6, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1